# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

DENNIS PERRIN,

    Plaintiff,

v.                                                  Civ. No. 16-721 GJF

NANCY BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order under Federal Rule of Civil Procedure 58, entering judgment for Defendant.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*